# United States District Court

_____Southern_____ District of _____Texas_____

UNITED STATES OF AMERICA
V.
**Jose Angel TREVINO Morales**
A.K.A. Jose TREVINO Morales
Mexico
A 200 067 075

**CRIMINAL COMPLAINT**

CASE NUMBER 1:07-PO- __2603__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about **June 6, 2007** in **Starr** County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts:   **Subject was apprehended at Sarita, Texas on June 6, 2007.  Subject admitted wading the Rio Grande River near Rio Grande City, Texas on June 6, 2007 thus avoiding inspection.**

Continued on the attached sheet and made part hereof: ☐ Yes  ☒ No

S/ Marco A. Gamez    Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

June 8, 2007                                                at   Brownsville, Texas
*Date*                                                            *City and State*

**Felix Recio**          U.S. Magistrate Judge         S/
*Name and Title of Judicial Officer*                 *Signature of Judicial Officer*